## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KELLEY FOX                                                                                                    PLAINTIFF
ADC #154061

v.                                        No. 5:13CV00189 JLH/HDY

ARKANSAS DEPARTMENT
OF CORRECTION; and
DR. SONYA PEPPERS                                                                              DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff's claims against the Arkansas Department of Correction are DISMISSED WITH PREJUDICE, and the Arkansas Department of Correction is removed as a party defendant.

DATED this 26th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE